Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| MATEO ANDRES ALCON GASPAR | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 25-cv-1204 |
| v. | |
| JOSEPH FREDEN et al | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case is closed.

| | |
|---|---|
| Date: December 18, 2025 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By:  s / Donna<br>        Deputy Clerk |